UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS ANDERSON, | No. 2:14-cv-2660 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, et al., | |
| Defendants. | |

On May 26, 2017, plaintiff filed a request for subpoenas. This civil rights action was closed on January 31, 2017. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: June 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE